for liquidated or unliquidated damages not sounding in tort").

Accordingly,

IT IS ORDERED THAT:

(1) The United States' motion for summary affirmance is granted.

(2) Each side shall bear its own costs.

**Milo E. DECKER and Karla K. Decker, as Parents and Next Friends of Destry Decker and Damian Decker, Petitioners–Appellants,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

**Nos. 02–5073, 02–5074.**

United States Court of Appeals, Federal Circuit.

May 31, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).